```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 16, 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                :
HOPETON MINOTT,               :
                :
             Plaintiff,    :    11 Civ. 1217 (KPF)
                :
          v.              :    <u>OPINION AND ORDER</u>
                :
POLICE OFFICER JAMES DUFFY, *et al.*,  :
                :
            Defendants.  :
                :
------------------------------------------------------------- X

KATHERINE POLK FAILLA, District Judge:

       There is a letter motion pending on the docket regarding an extension of time to file certain documents. (Dkt. #45). The letter in question should not have been construed as a motion. Moreover the issue to which it refers has long since been resolved by the Court. (Dkt. #46, 66). The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 45.

       SO ORDERED.

Dated:    May 16, 2014
            New York, New York        _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge